No. 81–6323.  GAINES v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 80–6701.  ROSS v. REED ET AL., *ante*, p. 921;

No. 81–1369.  SCHWANECKE ET AL. v. HARRIS COUNTY HOSPITAL DISTRICT, 455 U. S. 1019;

No. 81–6224.  GODFREY v. GEORIGA, *ante*, p. 919;

No. 81–6278.  HARTFORD v. ARIZONA, *ante*, p. 933;

No. 81–6282.  HEJL v. TEXAS ET AL., *ante*, p. 933; and

No. 81–6297.  MCCOLPIN v. EIKELBLOOM ET AL., *ante*, p. 947.  Petitions for rehearing denied.

No. 80–1430.  ENGLE, CORRECTIONAL SUPERINTENDENT v. ISAAC; PERINI, CORRECTIONAL SUPERINTENDENT v. BELL; and ENGLE, CORRECTIONAL SUPERINTENDENT v. HUGHES, *ante*, p. 107.  Petitions of Howard Hughes and Lincoln Isaac for rehearing denied.

No. 80–1595.  UNITED STATES v. FRADY, *ante*, p. 152. Petition for rehearing denied.  THE CHIEF JUSTICE and JUSTICE MARSHALL took no part in the consideration or decision of this petition.

MAY 26, 1982

No. 81–1864.  COMMUNITY COMMUNICATIONS CO., INC. v. CITY OF BOULDER, COLORADO, ET AL.  C. A. 10th Cir. Certiorari dismissed under this Court's Rule 53.